UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE SCHIEWE, Plaintiff, v. ARTHUR J. GALLAGHER SERVICE COMPANY, LLC, *et al.*, Defendants. | Case No. 1:26-cv-00845-KES-EPG<br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL<br>(ECF No. 18) |

On August 26, 2026, the parties filed a joint request for dismissal of this action with prejudice. (ECF No. 18). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 27, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE